IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

July 02, 2024
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 7:24-cv-00352 |
| ANDREW DEE HINZ, *et al.*, | ) |
| Defendants. | ) |

**ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT**

On this day came counsel for defendants Andrew Dee Hinz and Karen S. Bixler and moved the court for an extension until July 15, 2024, as their deadline to file their response to plaintiff's Complaint.

Having considered the defendants' motion, the court finds it supported by good cause.

Accordingly, it is ORDERED that defendants' Unopposed Motion for Extension of Time to File Response to plaintiff's Complaint is GRANTED and defendants shall have until July 15, 2024, to file their reply.

Entered: July 2, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge