**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW DEE HINZ<br>KAREN S. BIXLER,<br><br>Defendants. | Case No. 7:24-cv-00352 |

**MOTION TO INTERVENE**

The Commonwealth of Virginia, by and through the Attorney General of Virginia and the undersigned counsel, hereby moves to intervene in this action pursuant to 28 U.S.C. § 2403(b) and Federal Rules of Civil Procedure 5.1 and 24(a), for the purpose of defending the constitutionality of Virginia Code § 18.2-499. In support of the motion, the Commonwealth relies on the Brief in Support and Defense for Which Intervention Sought filed herewith.

The Commonwealth has consulted with counsel for each party. Mountain Valley Pipeline, LLC agrees with the Commonwealth's intervention in this case. Andrew Dee Hinz and Karen S Bixler do not object to the Commonwealth's intervention in this case. No party requests a hearing.

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA**

By: *_/s/ Michael Dingman_*
Michael Dingman (VSB #95762)
*Assistant Solicitor General*

Jason S. Miyares
*Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
SolicitorGeneral@oag.state.va.us

Erika L. Maley (VSB #97533)
*Solicitor General*

Kevin M. Gallagher (VSB #87548)
*Principal Deputy Solicitor General*

*Counsel for Proposed Intervenor Commonwealth of Virginia*

**CERTIFICATE**

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: ___*/s/ Michael Dingman*___
Michael Dingman