**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW DEE HINZ<br>KAREN S. BIXLER,<br><br>Defendants. | Case No. 7:24-cv-00352 |

**BRIEF IN SUPPORT OF MOTION TO INTERVENE**

The Commonwealth of Virginia, by and through the Attorney General of Virginia and the undersigned counsel, submits this brief in support of its Motion to Intervene. Mountain Valley Pipeline, LLC (MVP) filed its Complaint seeking relief against Andrew Dee Hinz and Karen S. Bixler alleging, among other claims, "statutory conspiracy" under Virginia Code § 18.2-499. Complaint (ECF No. 1) ¶¶ 40–44. Hinz and Bixler filed a Motion to Dismiss, asserting that Virginia Code "§ 18.2-499 is unconstitutionally vague." Motion to Dismiss (ECF No. 10) at 1. The Commonwealth is entitled to intervene to defend the constitutionality of that statute.

The Commonwealth may intervene by right in "any action, suit, or proceeding in a court of the United States to which a State or any agency, officer, or employee thereof is not a party, wherein the constitutionality of any statute of that State affecting the public interest is drawn into question." 28 U.S.C. § 2403(b); see also Fed. R. Civ. P. 24(a) ("On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute."). Each of these requirements is met here.

Neither the Commonwealth nor any of its agents, officers, or employees are presently

parties to this suit. MVP is a private natural gas company. Compl. ¶ 1. Hinz and Bixler are private individuals. *Id.* ¶ 3. No other person or entity is a party to this suit, and thus the Commonwealth is not currently represented in this matter.

Virginia Code § 18.2-499 is a state law that serves the public interest. That section of the Code of Virginia is a conspiracy statute that renders unlawful combinations, associations, and similar actions "for the purpose of . . . willfully and maliciously injuring another in his reputation, trade, business or profession" or "willfully and maliciously compelling another to do or perform any act against his will, or preventing or hindering another from doing or performing any lawful act." Va. Code. § 18.2-499(A). The challenged statute is an exercise of Virginia's police power to discourage willful and malicious acts to harm others, including by providing for civil damages. The statute therefore protects the public interest in discouraging conspiracies to commit illegal or civilly actionable misconduct that injures others.

The defendants' Motion to Dismiss and supporting memorandum ("Memorandum") expressly argue that Virginia Code § 18.2-499 is unconstitutional. Motion to Dismiss at 2 ("§ 18.2-499 is unconstitutionally vague."); Memorandum (ECF No. 11) at 7 ("§ 18.2-499 is void for vagueness on its face."); *id.* at 14 ("Section 18.2-499 is void-for-vagueness as applied to Defendants Hinz and Bixler.").

As the Motion to Dismiss calls into question the constitutionality of Virginia Code § 18.2-499, the statute affects the public interest, and no agent of the Commonwealth is currently a party to the suit, the Commonwealth may intervene by right to defend the challenged statute. 28 U.S.C. § 2403(b); Fed. R. Civ. P. 24(a).

**CONCLUSION**

For the foregoing reasons, the Court should grant the Commonwealth's Motion to Intervene and permit the Commonwealth's further participation in this matter as appropriate to defend the constitutionality of the challenged statute.

Respectfully submitted,

**COMMONWEALTH OF VIRGINIA**

By: *___/s/ Michael Dingman_______*
Michael Dingman (VSB #95762)
*Assistant Solicitor General*

Jason S. Miyares
*Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
EMaley@oag.state.va.us

Erika L. Maley (VSB #97533)
*Solicitor General*

Kevin M. Gallagher (VSB #87548)
*Principal Deputy Solicitor General*

*Counsel for Proposed Intervenor Commonwealth of Virginia*

**CERTIFICATE**

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

By: *<u>/s/ Michael Dingman</u>*
Michael Dingman