**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

Action Nos: 7:24cv254
7:24cv352
7:24cv353

Date: 11/12/2024

Judge: Elizabeth K. Dillon, CUSDJ

Court Reporter: M. Butenschoen

Deputy Clerk: K. Anglim

**Mountain Valley Pipeline, LLC**

**vs.**

**Madeline Ffitch**

**Mountain Valley Pipeline, LLC**

**vs.**

**Andrew Dee Hinz, et al.**

**Mountain Valley Pipeline, LLC**

**vs.**

**John Ted Glick, et al.**

Plaintiff Attorney(s)

Seth Land, Mountain Valley Pipeline, LLC
Wade Massie, Mountain Valley Pipeline, LLC
Graham Bryant, Commonwealth of Virginia
Michael Dingman, Commonwealth of Virginia

Defendant Attorney(s)

Jonathan Sidney
Paul Beers

PROCEEDINGS:
Parties present by counsel for oral argument on:

- 7:24cv254 Motion to Dismiss by Madeline Ffitch (dkt. 8)
- 7:24cv352 Motion to Dismiss by Karen S. Bixler, Andrew Dee Hinz (dkt. 10)
- 7:24cv353 Motion to Dismiss by Jane Califf, John Ted Glick (dkt. 11)

Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court: 9:59 – 10:55a; 56m