IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 24, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, <br>    Plaintiff, <br><br> v. <br><br> ANDREW DEE HINZ, *et al.*, <br>    Defendants, and <br><br> COMMONWEALTH OF VIRGINIA, <br>    Intervenor. | Case No. 7:24cv00352 <br><br><br> By: Elizabeth K. Dillon <br>    Chief United States District Judge |

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, <br>    Plaintiff, <br><br> v. <br><br> JOHN TED GLICK, *et al.*, <br>    Defendants, and <br><br> COMMONWEALTH OF VIRGINIA, <br>    Intervenor. | Case No. 7:24cv00353 <br><br><br> By: Elizabeth K. Dillon <br>    Chief United States District Judge |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the court hereby ORDERS as follows:

1. Defendants' motions to dismiss plaintiff's complaints (*Hinz*, Dkt. No. 10; *Glick*, Dkt. No. 11) are DENIED IN PART and GRANTED IN PART.

    a. The motions are DENIED as to Counts One, Two, and Six, which shall remain in both cases; and

    b. The motions are GRANTED as to Count Four, and that count is DISMISSED WITHOUT PREJUDICE in each case.

2. Defendants already have filed a partial answer to the complaint in each case. Not later than thirty days after entry of this order, defendants shall file an amended answer responding to the complaints in their entirety.

3. The parties are DIRECTED to confer and provide a report to the court under Federal Rule of Civil Procedure 26(f) not later than ten days after defendants file their answers.

The Clerk is DIRECTED to provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: March 24, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge